# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| I. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAMILTON, CLYDE H. | US COURT OF APPEALS - 4TH CIR. | 04/05/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE-Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| BANK OF AMERICA PLAZA <br> 1901 MAIN ST., SUITE 1250 <br> COLUMBIA, SC 29201-2435 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hamilton, Clyde H.

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/19/10 | Refund on 2009 Federal Income Tax Return | $5,668.00 |
| 2. 03/25/10 | Refund on 2009 Income Tax Return: South Carolina Department of Revenue | $4,843.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | Salary and Commissions |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | None |
| 2. | Pulliam-Morris Decorating Company, Inc. | Loan to purchase additional interest in Columbia, SC Warehouse (Pt. VII, Page 17, Line 237 | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | WELLS FARGO ADVISORS (formerly | | | | | | | | | |
| 4. | Wachovia Securities) -- Self-directed: | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 7. | FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | | |
| 11. | CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 12. | | | | | | | | | | |
| 13. | GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | PROCTOR & GAMBLE CO. (common stock) | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | IBM CORP. (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. BANK OF AMERICA CORP. (common stock) | | None | | | Sold | 11/23/10 | J | | |
| 22. | | | | | | | | | |
| 23. PAYCHEX, INC. (common stock) | A | Dividend | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 28. Companies) (common stock) | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. Philip Morris International, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. NEXTERA ENERGY, INC. (formerly FPL GROUP, INC.) | A | Dividend | J | T | | | | | |
| 37. (common stock) | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. WALGREEN COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. MARKET VECTOR GOLD MINERS (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. AT&T, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 54. | | | | | | | | | |
| 55. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. SEE PART VIII | | | | | | | | | |
| 58. END PORTFOLIO I -- | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. BANK OF AMERICA CORPORATION (personal checking account) | | None | K | T | | | | | |
| 61. | | | | | | | | | |
| 62. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (formerly | | | | | | | | | |
| 63. THE MANUFACTURERS LIFE INSURANCE COMPANY) | B | Interest | K | T | | | | | |
| 64. (UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. PORTFOLIO II -- | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. GENERAL ELECTRIC CO. (common stock) | A | Dividend | K | T | | | | | |
| 73. | | | | | | | | | |
| 74. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 77. Companies, Inc.) (common stock) | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. Philip Morris International, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. BANK OF AMERICA CORPORATION (common stock) | | None | | | Sold | 11/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 90. FDIC INSURED MONEY MARKET FUND) | | None | K | T | | | | | |
| 91. | | | | | | | | | |
| 92. BP PLC SPONSORED ADR (common stock) | A | Dividend | | | Sold | 06/01/10 | J | B | |
| 93. | | | | | | | | | |
| 94. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | 07/02/10 | J | | Spin-off. See below. |
| 95. | | | | | | | | | |
| 96. FRONTIER COMMUNICATIONS CORP. (common stock) | | None | J | T | Spinoff (from line 94) | | | | See above. |
| 97. | | | | | | | | | |
| 98. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 101. | | | | | | | | | |
| 102. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (Preferred Convertible Stock) | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 108. | | | | | | | | | |
| 109. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 118. | | | | | | | | | |
| 119. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. TRANSOCEAN, INC. NEW (common stock) | | None | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. PROGRESS ENERGY, INC. (common stock) | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. THE SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. AT&T, INC. (common stock) | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | B | Distribution | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. INTERNATIONAL BUSINESS MACHINES CORP. (common stock) | A | Dividend | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. WELLS FARGO COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. SEE PART VIII | | | | | | | | | |
| 144. END PORTFOLIO II -- | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. PORTFOLIO III | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. WELLS FARGO COMPANY (common stock) | A | Dividend | | | Sold | 11/19/10 | J | | |
| 149. | | | | | | | | | |
| 150. WELLS FARGO BANK FDIC INSURED MONEY | | None | J | T | | | | | |
| 151. MARKET ACCOUNT | | | | | | | | | |
| 152. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  SCANA CORP. (common stock) | A | Dividend | K | T | | | | | |
| 155. | | | | | | | | | |
| 156.  ULTRA BASIC MATERIALS PS (common stock) | | None | | | Sold | 04/28/10 | K | E | |
| 157. | | | | | | | | | |
| 158.  (NEW BUYS 2010) | | | | | | | | | |
| 159.  CISCO SYSTEMS, INC. (common stock) | | None | J | T | Buy | 04/28/10 | K | | |
| 160. | | | | | | | | | |
| 161.  INTEL CORP. (common stock) | A | Dividend | J | T | Buy | 04/28/10 | K | | |
| 162. | | | | | | | | | |
| 163.  CONOCOPHILLIPS (common stock) | A | Dividend | J | T | Buy | 09/16/10 | J | | |
| 164. | | | | | | | | | |
| 165.  TEVA PHARMACEUTICALS ADR INDS LTD. (common stock) | A | Dividend | J | T | Buy | 09/16/10 | J | | |
| 166. | | | | | | | | | |
| 167.  MERCK & CO., INC. NEW (common stock) | | None | J | T | Buy | 11/30/10 | J | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170.  END PORTFOLIO III | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. PORTFOLIO IV | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 177. | | | | | | | | | |
| 178. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 179. | | | | | | | | | |
| 180. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 181. FDIC INSURED MONEY MARKET FUND) | | None | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. SCANA CORPORTION (common stock) | A | Dividend | K | T | Buy (add'l) | 10/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 190. | | | | | | | | | |
| 191. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 196. | | | | | | | | | |
| 197. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 200. | | | | | | | | | |
| 201. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |
| 206. | | | | | | | | | |
| 207. BP PLC SPONS ADR (common stock) | A | Dividend | | | Sold | 04/29/10 | J | | |
| 208. | | | | | | | | | |
| 209. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 212. | | | | | | | | | |
| 213. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 214. | | | | | | | | | |
| 215. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 216. | | | | | | | | | |
| 217. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 218. | | | | | | | | | |
| 219. ELI LILLY & CO. (common stock) | A | Dividend | J | T | | | | | |
| 220. | | | | | | | | | |
| 221. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | B | Dividend | L | T | | | | | |
| 224. | | Distribution | | | | | | | |
| 225. | | | | | | | | | |
| 226. (NEW BUYS 2010) | | | | | | | | | |
| 227. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | J | T | Buy | 10/05/10 | J | | |
| 228. | | | | | | | | | |
| 229. IBM CORP. (common stock) | A | Dividend | J | T | Buy | 11/02/10 | J | | |
| 230. | | | | | | | | | |
| 231. SEE PART VIII | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. END PORTFOLIO IV | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 236. | | | | | | | | | |
| 237. CMC ASSOCIATES (General Partnership) (one-half interest) | D | Rent | L | W | | | | | |
| 238. Columbia, SC Warehouse | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | | None | J | T | | | | | |
| 241. | | | | | | | | | |
| 242. PORTFOLIO V | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. WELLS FARGO BANK (formerly Wachovia Bank) | | | | | | | | | |
| 245. FDIC INSURED MONEY MARKET FUND | | None | J | T | | | | | |
| 246. | | | | | | | | | |
| 247. HEWLETT PACKARD CO. (common stock) | A | Dividend | K | T | | | | | |
| 248. | | | | | | | | | |
| 249. BANK OF AMERICA CORP. (common stock) | | None | | | Sold | 11/23/10 | J | | |
| 250. | | | | | | | | | |
| 251. SCANA CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 252. | | | | | | | | | |
| 253. SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 254. | | | | | | | | | |
| 255. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 258. | | | | | | | | | |
| 259. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 260. | | | | | | | | | |
| 261. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 262. | | | | | | | | | |
| 263. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | K | T | | | | | |
| 264. | | | | | | | | | |
| 265. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 266. | | | | | | | | | |
| 267. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | | | | | |
| 268. | | | | | | | | | |
| 269. CONOCO PHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 270. | | | | | | | | | |
| 271. DUPONT E.I. DE NEMOURS (common stock) | A | Dividend | K | T | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MURPHY OIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 274. | | | | | | | | | |
| 275. PROGRESS ENERGY, INC. (common stock) | A | Dividend | J | T | | | | | |
| 276. | | | | | | | | | |
| 277. STERICYCLE, INC. (common stock) | | None | K | T | | | | | |
| 278. | | | | | | | | | |
| 279. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 280. | | | | | | | | | |
| 281. ENERGY TRANSFER PARTNERS (Limited Partnership) | A | Distribution | J | T | | | | | |
| 282. | | | | | | | | | |
| 283. TEVA PHARMACEUTICAL ADR INDS LTD. (common stock) | A | Dividend | J | T | | | | | |
| 284. | | | | | | | | | |
| 285. SEE PART VIII | | | | | | | | | |
| 286. END PORTFOLIO V | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. PORTFOLIO VI - NEW | | | | | | | | | |
| 289. WELLS FARGO BANK FDIC INSURED MONEY MARKET ACCOUNT | | None | J | T | Open | 09/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | | | | | |
| 291. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | Buy | 09/16/10 | K | | |
| 292. | | | | | | | | | |
| 293. END PORTFOLIO VI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts:

Page 7, line 57:

(1) SEC v. AIG Distribition Fund. September 20, 2010 - $25.09 (partial recovery of loss).
(2) Cardinal Health, Inc. Securities Litigation. November 5, 2010 - $83.83 (partial recovery of loss)

Page 12, line 143:

(1) Cardinal Health, Inc. Securities Litigation November 5, 2010 - $77.98 (partial recovery of long term loss)

Page 17, line 231:

(1) Worldcom Settlement Fund - March 29, 2010 - $11.18 (partial recovery of loss)
(2) Cardinal Health, Inc. Securities Litigation - November 05, 2010 - $54.50 (partial recovery of loss).
(3) UnitedHealth Group Inc. Securities Litigation - November 24, 2010 - $51.23 (partial recovery of loss)

Page 20, line 285:

(1) SEC v AIG Distribution Fund. September 20, 2010 - $17.58 (partial recovery of long term capital loss).
(2) UnitedHealth Group Settlement Fund - December 23, 2010 - $35.14 (partial recovery of long term capital loss)

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 04/05/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ CLYDE H. HAMILTON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544